AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

Mohamed Adel Abdelwahab Mohamed
(Alien # 210099541)
*Petitioner*

v.

Immigration and Customs Enforcement
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No.

(Supplied by Clerk of Court)
cat / div __530/2241/MIA__
Case # _____
Judge __Mag REID__
Motn itp __YES__ Fee pd $ __0__
Receipt # _____

FILED BY __PG__ D.C.
DEC 27 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Mohamed Adel Abdelwahab Mohamed
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Krome detention center
   (b) Address: 18201 SW 12th St, Miami, FL 33194
   (c) Your identification number: Alien # 210099541

3. Are you currently being held on orders by:
   ☑ Federal authorities  ☐ State authorities  ☐ Other - explain:
   Immigration and Customs Enforcement [ICE]

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:

   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☑ Being held on an immigration charge
   ☐ Other (explain):

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☑ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other (explain):

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: ICE ERO Miami at Krome detention center. The court that order removal: 3535 Lawton rd, orlan
   (b) Docket number, case number, or opinion number: Alien # 210099541.
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   The Judge Victoria Ghartey ordered removal in absentria at 3535 Lawton rd, suite #200, orlando, FL 32803. I didn't recieve a notice for Hearing so ICE detained m
   (d) Date of the decision or action: July 17th, 2018, I been detained since 9/24/1'
   < In this petition, I'm only challenging my detention not her order of removal >

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☑ No   I filled a motion to rescind see section B.
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

Page 3 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: I didn't appeal but I Filled a motion to re-open my immigration case with the same Judge Victoria Ghartey and she denied it.

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes  ☒ No  but I Filled a motion to reconsider see section B.
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court:

  (2) Date of filing:
  (3) Docket number, case number, or opinion number:
  (4) Result:
  (5) Date of result:
  (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal: I didn't appeal her denial to my motion to re-open but I Filled a motion to reconsider and I attaced new evidence

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes  ☒ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court:

  (2) Date of filing:
  (3) Docket number, case number, or opinion number:
  (4) Result:
  (5) Date of result:
  (6) Issues raised:

[The reason I didn't appeal because I don't want to be waiting locked in here any longer.]

(b) If you answered "No," explain why you did not file a third appeal: I didn't appeal but I Filled a motion to re-open my Immigration case with the same Judge Victoria Ghattey and she denied it, Then I Filled a motion to reconsider and its pending

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion or a Section 2254 to petition to challenge this conviction or sentence?**

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☒ Yes ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: September 24th, 2019.
(b) Date of the removal or reinstatement order: July 17th, 2018.
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☒ No
If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes　　　☐ No

If "Yes," provide:

1- I Filled I-246 on 12/6/19 with ICE ERO Miami and It is still pending.

(a) Kind of petition, motion, or application: 2- Motion to rescind, and Motion to recons

(b) Name of the authority, agency, or court: Orlando Immigration court at 3535 Lawton rd, suit #200, Orlando, FL 32803.

(c) Date of filing: Motion to rescind: 11/04/19, Motion to reconisder: 12/17/1

(d) Docket number, case number, or opinion number: Alien # 210099541

(e) Result: Motion to rescind was denied. <Motion to rescind>

(f) Date of result: December 9th, 2019.

(g) Issues raised: They mentioned that the notice to appea, and the notice for hearing was sent to the same address and that's not correct and there is 40 months gab between the dates of issue of each notice and the notice of hearing was send to a wrong address which resulted of me being ordered removal in absentia. On 12/17/19, I filled a motion to reconsider that I believe it is pending.

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** According to the Fifth amendment. No person shall be deprived of liberty without due process of Law. In my case, I didn't recieve the notice for my immigtation hearing and I been detained since September 24th, 2019 with no due process of Law.

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I recieved the notice to appear on Aug 2nd, 2014 I hired David Cho (my previous lawyer) on Aug 7th, 2014. DHS send the notice for hearing to my home that I left long time ago on Dec 28, 2017. So I never got it because I only lived there from Jan 2015 to Dec 2015, and DHS never notified my lawyer "David Cho".

(b) Did you present Ground One in all appeals that were available to you?
☑Yes   ☐No   < I presented it in my motion to rescind on Nov 4, 201

**GROUND TWO:** The Immigration law states that I should inform them of update my address using Form-33 Change of address, and it states that Immigration suppose to inform my lawyer with any comming hearing.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I had an Immigration lawyer at the time "David Cho". our aggreement was that: 1- He will attend with me my master immigration Hearing, 2- He will update my address with DHS and all what I have to do is to inform his office every time I move which I did, but he only did one time chang of address and DHS never notified him about the hearing.

(b) Did you present Ground Two in all appeals that were available to you?
☑Yes   ☐No   < I presented it in my motion to reconsider on Dec 17th, 201

**GROUND THREE:** I took all the legal steps since I came to the United States on January 26, 2011 and my means and intentions were to always obey by the law and to keep my permanent residency.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

1- I came legaly to the U.S. on a B1/B2 visa and I was admitted to the U.S. at chicago, IL on 1/26/11.
2- I adjusted my status to permanent resident on a Conditional basis on 9/29/11 after an approved I-485.
3- On 10/2/13, I filled Form I-751 and on April 2014, I attended the interview for my Form I-751.
4- On 8/2/14, my Form I-751 was denied and I hired "David Cho" on 8/7/14.

(b) Did you present Ground Three in all appeals that were available to you?
☑Yes   ☐No   < It was presented in my motion to rescind >

Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I never was found guilty of any crime and I never was convicted of any felony or misdemeanor. I never had to do a jail sentence before, my freedom was never taken away. Now I been imprisoned for a long period at no fault of my own.

(a) Supporting facts (Be brief. Do not cite cases or law.):

I been detained from Sept. 24th, 2019, a period more than 90 days, It's a punishment for something I had no control over. I did present all the facts and evidences that prove that I never recieved a notice for my immigration hearing, First by hiring an attorney "David Cho" on Aug 7th 2014, right after I recieved my notice to appear on Aug 2nd, 2014, Second by keeping my attorney's office updated with my new address every time I moved.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes    ☐ No    &lt; It was presented in my motion to reconsider &gt;

14: If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I grew up in a very stricted muslim household, that's why I decided to leave on a young age and I believed that this is the land of Law and Liberty, I never thought this land will do this to me. I didn't present this before because I never seen the immigration Judge.

**Request for Relief**

15. State exactly what you want the court to do: I want to be released until I re-open my Immigration case and have a chance to see a Judge, and I also want to be able to remain in the U.S. while I adjust my status after I marry my (17 weeks) pregnant permanent resident Fiance Ingrid Oldenberg, and be around my young children Sarah Mohamed Abdelwahab born on 10/10/13, Adam Abdelwahab born on 9/30/14 and Emma Abdelwahab born on 10/12/15.

I want to be released and have a chance to re-open my immigration case and have a chance to see a Judge and I also want to be able to remain in the U.S. while I adjust my status after I marry my 17 weeks pregnant Fiance, Ingrid Oldenberg. And be around my young children, Sarah Mohamed Abdelwahab born on 10/10/13, Adam Kai Abdelwahab born on 9/30/14 and Emma Isabella Abdelwahab born on 10/12/15.

Page 9 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

December 23rd, 2019.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/23/19

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

KERRY PRESENDIEU
Notary Public - State of Florida
Commission # GG 055710
My Comm. Expires Feb 12, 2021
Bonded through National Notary Assn.

12-23-19

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
ORLANDO, FLORIDA

IN THE MATTER OF:					DATE:  Jul 17, 2018
ABDELWAHAB MOHAMED, MOHAMED ADEL

						CASE NO.  A210-099-541

RESPONDENT IN REMOVAL PROCEEDINGS		DECISION

Jurisdiction was established in this matter by the filing of the Notice to Appear issued by the Department of Homeland Security, with the Executive Office for Immigration Review and by service upon the respondent.  See 8 C.F.R. § 1003.14(a), 103.5a.

The respondent was provided written notification of the time, date and location of the respondent's removal hearing.  The respondent was also provided a written warning that failure to attend this hearing, for other than exceptional circumstances, would result in the issuance of an order of removal in the respondent's absence provided that removability was established.  Despite the written notification provided, the respondent failed to appear at his/her hearing, and no exceptional circumstances were shown for his/her failure to appear.  This hearing was, therefore, conducted in absentia pursuant to section 240(b)(5)(A) of the Immigration and Nationality Act.

[ ]	At a prior hearing the respondent admitted the factual allegations in the Notice to Appear and conceded removability.  I find removability established as charged.

[X]	The Department of Homeland Security submitted documentary evidence relating to the respondent which established the truth of the factual allegations contained in the Notice to Appear.  I find removability established as charged.

I further find that the respondent's failure to appear and proceed with any applications for relief from removal constitutes an abandonment of any pending applications and any applications the respondent may have been eligible to file.  Those applications are deemed abandoned and denied for lack of prosecution.  See Matter of Pearson, 13 I&N Dec. 152 (BIA 1969); Matter of Perez, 19 I&N Dec. 433 (BIA 1987); Matter of R-R, 20 I&N Dec. 547 (BIA 1992).

ORDER:  The respondent shall be removed to **EGYPT** on the charge(s) contained in the Notice to Appear.



VICTORIA GHARTEY
Immigration Judge

cc:	Assistant District Counsel
	Attorney for Respondent/Respondent					Z1

| U.S. Department of Homeland Security | **Notice to Appear** |
|---|---|

### In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: 350721588

DOB: 11/01/1987

File No: **A210 099 541**

Event No: ORL1408000017

In the Matter of:

Respondent: **MOHAMED ADEL ABDELWAHAB MOHAMED** _____ currently residing at:

**494 S. Atlantic Ave, Apt 211, Cocoa Beach, FLORIDA, 32931**     **(407) 375-9885**

(Number, street, city and ZIP code)     (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
**See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

**Section 237(a)(1)(D)(i) of the Immigration and Nationality Act (Act), as amended, in that after admission or adjustment as an alien lawfully admitted for permanent residence on a conditional basis under Section 216 or 216A of the Act your status was terminated under such respective section.**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
**3535 Lawton Road Suite 200 Orlando FL 32803. EOIR Orlando, FL**

_(Complete Address of Immigration Court, including Room Number, if any)_

on **To be set.** at **To be set.** to show why you should not be removed from the United States based on the charge(s) set forth above.

(Date)   (Time)

**CONNIE BAE**    **BRANCH CHIEF**
_(Signature and Title of Issuing Officer)_

Date: **August 2, 2014**

**USCIS Orlando Field Office 6680 Corporate Centre Blvd Orlando, FL 32822**
(City and State)

See reverse for important information

Form I-862 (Rev. 08/01/07)

```
              NOTICE OF HEARING IN REMOVAL PROCEEDINGS
                          IMMIGRATION COURT
                       3535 LAWTON ROAD, SUITE 200
                           ORLANDO, FL   32803
RE:  ABDELWAHAB MOHAMED, MOHAMED ADEL
FILE: A210-099-541                              DATE: Dec 28, 2017
TO:
     ABDELWAHAB MOHAMED, MOHAMED ADEL
     235 ROLLINS DRIVE
     DAVENPORT, FL  33837
```

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on **Jul 17, 2018 at 08:30 A.M. at:**

```
     3535 LAWTON ROAD, COURTROOM 3
     ORLANDO, FL  32803
```

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT ORLANDO, FL THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 240-314-1500. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

```
                      CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [M] ALIEN   [ ] ALIEN c/o Custodial Officer   [ ] ALIEN's ATT/REP   [M] DHS
DATE: ___12/28/2017__  BY: COURT STAFF  _____
                                                                          V3
     Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
```

IN THE MATTER OF:

Mohamed Abdelwahab Mohamed,

A 210-099-541

I, Mohamed Adel Abdelwahab Mohamed, have been detained here in Krome Detention Center since September 24th 2019.

I have a final order for removal since July 17th 2018.

I, kindly request my 90 days custody review in writing.

According what the Fifth amendment t stated in part that "No person shall be deprived of liberty without due process of law", as the supreme court has written " freedom from imprisonment from government custody, detention or other forms of physical restraint- lies at the heart of the liberty that clause protects", As the words " no person" indicate, and as the supreme court confirmed," the due process clause applies to all person including citizens, non citizens, legal residence, legal residence or illegal residence".

Please send it to me by mail to:

<div style="text-align: right;">
Mohamed Mohamed
Alien# 210099541
Krome Detention Center
18201 SW 12th st,
Miami, FL 33194
</div>

< This is a copy of my 90 days custody review request that I sent to ICE ERO Miami. >

Mohamed Abdelwahab
Alien # 210099541
Krome detention center
8201 SW 12th st,
Miami, FL 33194

Miami Division
Clerk, U.S. District court
400 N. Miami Ave., # 8N09
Miami, FL 33128

